NOURSE & BOWLES, LLP
Attorneys for Plaintiff
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
First American Bulk Carrier Corporation,     :
                                             :
               Petitioner,   :
                                             :        07 CV 11194
    - against -                            :
                                             :
Van Ommeren Shipping (USA) LLC, and          :        **FRCP 7.1 STATEMENT**
Strong Vessel Operators LLC,                 :
                                             :
               Respondents.  :
                                             :
------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for plaintiff, First American Bulk Carrier Corporation, certifies that neither it nor any parent, subsidiary nor affiliate has shares that are publicly traded in the United States.

Dated: New York, New York
        December 12, 2007

                                                NOURSE & BOWLES, LLP
                                                Attorneys for Plaintiff

                                                By: _____
                                                Julia M. Moore, Esq. (JM 9778)
                                                One Exchange Plaza, At 55 Broadway
                                                New York, NY 10006-3030
                                                (212) 952-6200